IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

BRAD L.WOODMAN,                          )
                                         )
                    Plaintiff,           )
                                         )
v.                                       )      Case No. CIV-07-759-D
                                         )
MICHAEL J. ASTRUE, Commissioner of       )
Social Security Administration,          )
                                         )
                    Defendant.           )

**JUDGMENT AND ORDER OF REMAND**

Upon review of the file, and noting no timely objection to the findings and recommendations

of United States Magistrate Judge Doyle W. Argo issued pursuant to 28 U.S.C. § 636(b)(1), the

Court adopts the Report and Recommendation [Doc. No. 18] in its entirety.  For the reasons stated

therein, the Court enters judgement reversing the decision of the Commissioner and remanding the

case for further administrative proceedings, consistent with the Report and Recommendation,

including a written explanation of the administrative law judge's analysis of the medical source

evidence related to Plaintiff's mental impairment.

Entered this 16th day of June, 2008.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE